No. 83–529. UNITED STATES v. SHARPE ET AL. C. A. 4th Cir. [Certiorari granted, 467 U. S. 1250.] Motion of respondents for leave to proceed further herein in forma pauperis denied. Motion of respondents for appointment of counsel denied. Mark Jeffrey Kadish, Esquire, of Atlanta, Ga., a member of the Bar of this Court, is invited to brief and argue this case as amicus curiae in support of the judgment below.

No. 83–558. IRVING INDEPENDENT SCHOOL DISTRICT v. TATRO ET UX., INDIVIDUALLY AND AS NEXT FRIENDS OF TATRO, A MINOR, 468 U. S. 883. Motion of respondents to retax costs denied.

No. 83–712. NEW JERSEY v. T. L. O. Sup. Ct. N. J. [Certiorari granted, 464 U. S. 991.] Motions of Legal Aid Society of the City of New York et al. and National Education Association for leave to file briefs as amici curiae granted. Motion of Los Angeles County Public Defender's Office for leave to file a brief as amicus curiae out of time denied.

No. 83–812. WALLACE, GOVERNOR OF ALABAMA, ET AL. v. JAFFREE ET AL. C. A. 11th Cir. [Probable jurisdiction noted, 466 U. S. 924.] Motion of Lowell P. Weicker, Jr., for leave to participate in oral argument as amicus curiae denied.

No. 83–912. LUCE v. UNITED STATES. C. A. 6th Cir. [Certiorari granted, 466 U. S. 903.] Motion of the Solicitor General to permit Bruce N. Kuhlik, Esquire, to present oral argument pro hac vice granted. JUSTICE STEVENS took no part in the consideration or decision of this motion.

No. 83–935. UNITED STATES v. ABEL. C. A. 9th Cir. [Certiorari granted, 465 U. S. 1098.] Motion for appointment of counsel granted, and it is ordered that Yolanda Barrera Gomez, of Los Angeles, Cal., be appointed to serve as counsel for respondent in this case.